|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| CHRISTOPHER ROSS WESTFALL, | | |
| Petitioner, | | CASE NO. 3:19-CV-5817-RBL-DWC |
| v. | | REPORT AND RECOMMENDATION |
| STATE OF WASHINGTON, | | Noting Date: January 3, 2020 |
| Respondent. | | |

The District Court has referred this action filed under 28 U.S.C. § 2241 to United States Magistrate Judge David W. Christel. Petitioner Christopher Ross Westfall, proceeding *pro se*, filed this federal habeas action on September 9, 2019. *See* Dkt. 1. After reviewing the Petition, the Court declined to serve the Petition, but gave Petitioner an opportunity to show cause why this case should not be dismissed. *See* Dkt. 12. Petitioner was ordered to show cause on or before November 29, 2019. *Id.* The Court warned Petitioner that failure to file an amended pleading or adequately address the issues identified in the Order would result in the Court recommending dismissal of this action. *Id.*

REPORT AND RECOMMENDATION - 1

1  Petitioner has failed to comply with the Court's Order. He has not filed a response to the
2  Order or filed an amended petition. As Petitioner has failed to follow the Court's Order, the
3  Court recommends dismissal of this action without prejudice. Furthermore, as Petitioner has not
4  prosecuted this case, the Court finds any appeal would not be taken in good faith.

5  Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil
6  Procedure, the parties shall have fourteen (14) days from service of this Report to file written
7  objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those
8  objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time
9  limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on January
10 3, 2020, as noted in the caption.

11 Dated this 17th day of December, 2019.

/s/ David W. Christel

David W. Christel
United States Magistrate Judge