UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRISTOPHER ROSS WESTFALL,

                 Petitioner,

v.

STATE OF WASHINGTON,

                 Respondent.

No. 3:19-CV-5817-RBL-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

THIS MATTER is before the Court the Report and Recommendation of Magistrate Judge David W. Christel [Dkt. # 14], and the underlying record.

(1)    The Report and Recommendation is **ADOPTED**.

(2)    This case is dismissed without prejudice.

(3)    As Petitioner Westfall has not prosecuted this case, an appeal would not be taken in good faith.

The Clerk shall send copies of this Order to Petitioner Westfall's last known address and to Magistrate Judge Christel.

IT IS SO ORDERED.

**DATED** this 6th day of January, 2020.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1